IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | | |
|---|---|---|
| FIRST TIME VIDEOS, LLC, | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:12-cv-01274 (LMB/IDD) |
| JOHN DOE, | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| OPENMIND SOLUTIONS, INC., | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:12-cv-01272 (LMB/IDD) |
| | ) | Civil Action No. 1:12-cv-01283 (LMB/IDD) |
| JOHN DOE, | ) | |
|     Defendant. | ) | |

| | | |
|---|---|---|
| SUNLUST PICTURES, LLC, | ) | |
| | ) | Civil Action No. 1:12-cv-01269 (LMB/IDD) |
|     Plaintiff, | ) | Civil Action No. 1:12-cv-01270 (LMB/IDD) |
| | ) | Civil Action No. 1:12-cv-01271 (LMB/IDD) |
| v. | ) | Civil Action No. 1:12-cv-01275 (LMB/IDD) |
| | ) | Civil Action No. 1:12-cv-01277 (LMB/IDD) |
| JOHN DOE, | ) | Civil Action No. 1:12-cv-01278 (LMB/IDD) |
| | ) | Civil Action No. 1:12-cv-01279 (LMB/IDD) |
|     Defendant. | ) | Civil Action No. 1:12-cv-01280 (LMB/IDD) |
| | ) | Civil Action No. 1:12-cv-01281 (LMB/IDD) |

## ORDER

THIS MATTER is before the Court on Plaintiff's Motions for Leave to Take Discovery Prior to Rule 26(f) Conference ("Motions"), specifically to conduct a Rule 30 deposition to identify John Doe. Upon review of the Motions, the Court finds that good cause exists for expedited discovery. Therefore, it is hereby

**ORDERED** that the Motions are **GRANTED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 20th day of November 2012.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia