Case 1:12-cv-01272-LMB-IDD Document 12 Filed 11/27/12 Page 1 of 2 PageID# 42
Case 2:12-cv-00598-RBS-IDD Document 8 Filed 11/26/12 Page 1 of 2 PageID# 35

FILED
NOV 27 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# And
# WESTERN DISTRICT OF VIRGINIA AS TO 7:12CV544 ONLY

| | |
|---|---|
| OPENMIND SOLUTIONS, INC., | Case No. 7:12-cv-00544 |
| Plaintiff, | Case No. 2:12-cv-00598 |
| | Case No. 2:12-cv-00599 |
| | Case No. 2:12-cv-00600 |
| v. | Case No. 2:12-cv-00601 |
| | Case No. 3:12-cv-00811 |
| | Case No. 3:12-cv-00812 |
| JOHN DOE, | Case No. 3:12-cv-00813 |
| | Case No. 3:12-cv-00814 |
| | Case No. 1:12-cv-01272 |
| Defendant. | Case No. 1:12-cv-01283 |

## PLAINTIFF'S MOTION TO CONSOLIDATE CASES

Plaintiff Openmind Solutions, Inc., respectfully requests the above captioned cases be consolidated into one action. Rule 42 of the Federal Rules of Civil Procedure permits a court to consolidate actions pending before it if those actions involve "a common question of law or fact." Fed. R. Civ. P. 42(a). The above captioned cases involve "a common question of law or fact" and, as such, satisfy the consolidation requirement under Rule 42(a). For this reason, as more fully set forth in the attached memorandum of law, the Court should grant Plaintiff's motion and consolidated the above captioned cases.

Respectfully submitted,

DATED: November 26, 2012

By: /s/ Timothy V. Anderson
Timothy V. Anderson
Anderson & Associates, PC
2492 North Landing Rd Ste 104
Virginia Beach, VA 23456
757-301-3636 Tel

1

757-301-3640 Fax
timanderson@virginialawoffice.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 26, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system.

By: /s/ Timothy V. Anderson
Timothy V. Anderson

**MOTION DENIED.**

Entered this 27th day of Nov. 2012

—RBS—

Rebecca Beach Smith
Chief
United States District Judge

2